AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| DONALD V. ALFONSO a/k/a Moolie, et. al., ) | Case No.  20-MJ-1408-DLC |
| ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   March 2017-October 13, 2020   in the county of   Bristol and elsewhere   in the
_____ District of   Massachusetts   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 846, 841(b)(1)(A)(vi), and 841(b)(1)(B)(ii) | Conspiracy to possess with intent to distribute and to distribute 500 or more grams of cocaine, a Schedule II controlled substance, and 400 grams or more of fentanyl, a Schedule II controlled substance |

This criminal complaint is based on these facts:

Please see attached affidavit of DEA Special Agent Kevin C. Hersey.

☑ Continued on the attached sheet.

*Kevin Hersey* /DLC
*Complainant's signature*

Kevin C. Hersey, Special Agent, DEA
*Printed name and title*

Sworn to by telephone in accordance with Federal Rule of Criminal Procedure 4.1.

Date: 10/16/2020

*Judge's signature*

City and state:   Boston, Massachusetts   Hon. Donald L. Cabell, U.S. Magistrate Judge
*Printed name and title*